|                                               |                            |
| --------------------------------------------- | -------------------------- |
| Brian Goodell, *et al.*,                      | No. CV-20-01657-PHX-JJT    |
| Plaintiffs,                                   | **ORDER**                  |
| v.                                            |                            |
| Berkshire Hathaway Automotive Incorporated, *et al.*, |                    |
| Defendants.                                   |                            |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Pursuant to this Court's Order of May 31, 2023 (Doc. 77),

**IT IS HEREBY ORDERED** that the above-entitled matter is hereby dismissed with prejudice as to Defendants Chvt Motors, LLC and Showcase Motors LLC only, the parties to bear their own costs and attorneys' fees.

**IT IS HEREBY ORDERED** that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** Chvt Motors, LLC and Showcase Motors LLC, being the last remaining Defendants in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 14th day of August, 2023.

Honorable John J. Tuchi
United States District Judge